No. 11,046.

ASHLEY *v.* THE STATE.

From the Huntington Circuit Court.

*J. M. Hiltebrand,* for appellant.

*C. W. Watkins,* Prosecuting Attorney, and *F. T. Hord,* Attorney General, for the State.

ELLIOTT, J.—Three propositions decide this case against the appellant:

*First.* It is sufficient to aver in an indictment that the name of the person to whom liquor was unlawfully sold, or from whom property was stolen, is unknown. *State* v. *Jackson,* 4 Blackf. 49; *Butler* v. *State,* 5 Blackf. 280; *Brooster* v. *State,* 15 Ind. 190; *Jones* v. *State,* 11 Ind. 357.

*Second.* Under the statute now in force, it is a misdemeanor for any person, whether licensed or not, to sell liquor at retail on Sunday.  R. S. 1881, sections 2098, 5312.

*Third.* It is the province of the court or jury trying the case to decide upon the credibility of witnesses, and with a decision upon this question the appellate courts uniformly refuse to interfere.

Judgment affirmed.

Filed Jan. 10, 1884.